DEPARTMENT OF JUSTICE
Office of Consumer Protection
PO BOX 200151
Helena, MT 59620-0151
Phone: 406-444-4500 or 800-481-6896
ContactOCP@mt.gov

## Consumer Complaint Form

To submit your complaint:
1. Fill out this form as completely as possible, sign it and mail the **signed original** (not a copy) to the Office of Consumer Protection. Keep a copy for your own records.
2. Enclose photocopies of all documents relevant to your complaint, such as receipts, warranties, both sides of cancelled checks, contracts, etc. In this case, **do not send originals**.

Please print or type.

**Your Name:** Russ Fagg
**Street Address:** REDACTED
**City:** Billings   **State:** MT   **Zip:** 59102
**Telephone No.: Home:** N/A   **Business:** (406) 855-0224
**Party Complained of:** Anderson Towing LLC Billings
**Street Address:** 1202 S. 32nd St
**City:** Billings   **State:** MT   **Zip:** 59102
**Telephone No.:** (406) 894-2566   **Manager or Salesperson:** Bryce (?), Callie (owner)
**Product or Service Involved:** tow service
**Model No.:** 2017 Mercedes Benz E   **Serial or VIN #:** REDACTED
**Purchase Price of Product:** $ 1,737.47   Approximate Cost of Repair or Replacement: $
**Date of Transaction:** 2/8/25

If your complaint relates to false advertising or deceptive trade practices, indicate when and where the product or service was advertised. (If possible, attach a copy of the advertisement.)

_____

Was a contract signed?   Yes ( ) – please attach a copy.   No (X)
Was a warranty issued?   Yes ( ) – please attach a copy.   No (X)
Financial Institution Involved, if any: N/A
Referred by:   (Name and address of private attorney or legal aid group, etc.)
N/A

(COMPLETE PAGE 2)

Have you contacted the party complained of?  Yes (X)   No ( )
Have you retained a private attorney?         Yes ( )   No (X)
Did a telemarketer contact you?                Yes ( )   No (X)

Fully explain the nature of your complaint. Describe events in the order in which they occurred. Use additional pages if necessary.

My dad's car was in an accident. Anderson Towing towed it to their facility. The following occurred:
1) The bill for a 6.2 mile tow and two days of storage was $1,737.47. See attached bill. I understand from other tow companies this should be around $500; The bill included:
   a) $500 for traffic control signs, however the Billings Police Department provides this service;
   b) 3 days of storage; should have been at most 2 days;
   c) $125 Gate Fee...?;
   d) $79.92 for fuel surcharge, on top of mileage;
   e) $157.95 "Admin Fee"

State the relief you desire, i.e. refund, repair, etc.:

I would like Anderson Towing to be taken out of the rotation for accidents in Billings and the surrounding area, for MHP, BPD, and YCSO.

NOTE: If you desire legal advice, we suggest you contact a private attorney to handle your complaint.

I understand that:
- the State has full discretion concerning its acceptance, investigation and resolution of this complaint;
- the State cannot act as my attorney; and
- no attorney/client relationship is established as a result of any activities undertaken on my behalf.

I hereby:
- affirm that this complaint is true and correct to the best of my knowledge; and
- authorize the use of my name and this complaint in investigating the company or individual complained of.

DATE: 2/11/25      SIGNED: [signature]

**Optional:**

Revised 08/16
Web Form OCP-100

**Anderson Towing LLC Billings**
PO Box 80067, BILLINGS MT 59108
Phone: (406) 894-2566 | Fax :

# Impound Invoice

Printed 2/10/2025

**Released To**

| | |
|---|---|
| Call # | 53354 |
| Account | Police calls to Anderson Towing Billings |
| Date/Time Impounded: | 2/8/2025 1:21 PM |
| Date/Time Released: | 2/10/2025 11:22 AM |
| Days Held In Impound | 3 days |

| | |
|---|---|
| Reason for Impound | Accident |
| VIN Number | REDACTED |
| Model | 2017 Mercedes-Benz E-Class (Blue) |
| License Plate | REDACTED |
| Drivable | Yes |
| Keys | Yes on the board |
| Towed from | 6th Avenue North & North 27th Street, 6th Ave N & N 27th St, Billings, MT 59101 |
| Stored at | Anderson Towing Billings<br>1202 South 32nd Street West, Billings MT 59102 |

**Notes** Rotation #LLC
BPD
Air Bags Deployed
Call BPD with eta 406-657-8200

**Release Notes:**

| Storage charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Storage - Storage Fees) Impounds/Storage: Daily Impound Rate | 3 | $75.00 | $225.00 |

| Towing charges | Quantity | Price | Line Total |
|---|---|---|---|
| (Towing) Call Out | 1 | $150.00 | $150.00 |
| (Towing) Tow/Hook Fee | 1 | $350.00 | $350.00 |
| (Towing) Traffic Control Signs, Cones, Warning Lights | 1 | $500.00 | $500.00 |
| (Towing) Mileage | 6.2 | $8.00 | $49.60 |
| (Towing) Fuel Surcharge | 1 | $79.92 | $79.92 |
| (Towing) Gate Fee | 1 | $125.00 | $125.00 |
| (Towing) Lien Processing Fee | 1 | $100.00 | $100.00 |
| (Towing) Admin Fee | 1 | $157.95 | $157.95 |

|  |  |
|---|---|
| Towing SubTotal | $1,512.47 |
| Storage - Storage Fees SubTotal | $225.00 |
| Subtotal | $1,737.47 |
| Taxes | $0.00 |
| Grand Total | $1,737.47 |
| Amount Due: | $0.00 / Paid |

Cash payment of $1,737.47 applied on 2/10/2025

Upon signing this document I am freely admitting that I have the legal right to authorize Anderson Towing LLC to recover and tow my vehicles. I also agree and understand that circumstances outside Anderson Towing LLC control, with regard to the accident involving my vehicle, may make recovery and removal of my vehicle unusually difficult. I unconditionally release, waive and discharge my right, whether by contract or under operation of the law to file cause of actions(s) or claim(s) which I may have against Anderson Towing LLC now or in the future.

I hereby assume any and all risk of loss, liability, damage or costs, and understand that any and all damages that may occur will be as a result of the accident not as the result of any negligence on the part of Anderson Towing LLC.

Signature: _____   Date: _____